IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

JOSE CANALES

        Plaintiff,

vs.

AMERICAN SECURITY INSURANCE
COMPANY,
        Defendant.

_____/

Case No.:

**11  02828**

**DIVISION K**
RECEIVED

MAR 03 2011

CLERK OF CIRCUIT COURT
HILLSBOROUGH COUNTY

## COMPLAINT FOR CIVIL REMEDY PURSUANT TO FLORIDA STATUTE § 624.155 AND DEMAND FOR JURY TRIAL

**COMES NOW** the Plaintiff, **JOSE CANALES**, (hereinafter referred to as "Plaintiff" or "Insured") and files this Complaint for Civil Remedy Pursuant to Florida Statute § 624 155 as against the Defendant, **AMERICAN SECURITY INSURANCE COMPANY** (hereinafter "**ASIC**") and states the following

### GENERAL ALLEGATIONS

1    This is an action brought pursuant to Florida Statute § 624 155

2    At all times material hereto, the Plaintiff has been and is a resident of Hillsborough County, Florida

3    At all times material hereto, the Defendant, ASIC, was a corporation, organized and existing under the laws of the State of Florida and transacting business in Hillsborough County

4    ASIC issued a policy of homeowners insurance, which named JOSE CANALES as its insured, bearing Policy No ALR15032259117   A copy of the policy of insurance is attached hereto as **Exhibit "A".**

5    All conditions precedent have been complied with, and the Plaintiff has done and performed all those matters and things properly required of him under the contract, or, alternatively, has been excused from performance by the acts, representations and/or conduct of the Defendant

6    On or about February 13, 2009, while said policy was in full force and effect, the Insured discovered damage located to his home located at 4622 Wishart Blvd, resulting from sinkhole activity

7    The Insured made a demand on ASIC for coverage pursuant to the insurance policy as a result of the loss and damage to the insured property

**COUNT I**
**CIVIL REMEDY PURSUANT TO FLORIDA STATUTE §624.155**

8    The Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 7 as if restated here in full

9    That this is an action brought pursuant to Florida Statute § 624 155

10   Defendant, ASIC, has acknowledged coverage for the Plaintiff's damage and losses and has made payment for Plaintiff's contractual claims and otherwise acknowledges Plaintiff's right to recover under the contract of insurance forming the basis for the allegations contained in this complaint

11   As a condition precedent to recovery pursuant to Florida Statute § 624 155, Plaintiff has filed a Civil Remedy Notice ("CRN") of Insurer Violations with the Department of Insurance and to Defendant with an acceptance date of February 3, 2010, attached hereto as **Exhibit "B".**

13    ASIC made a combined untimely payment of $92,783 00, well after the cure period had lapsed, attached hereto as **Exhibit "C".**

14    The underlying contract claims have been resolved, and they have been resolved in favor of Plaintiff

15    After the insurable event which underlies Plaintiff's claim, Defendant is guilty of "failing in good faith to settle the subject claim when under all circumstances it could have and should have done so had it acted fairly and honest toward its insured," by failing to properly settle or pay for the Plaintiff's subject claim when the obligation to settle and pay had become reasonably clear

16    The following unilateral actions and/or omissions by Defendant constitute bad faith and unfair claims practices, and unfair and deceptive trade practices pursuant to Florida Statutes § 624 155, 626 9541(1)(a) and 626 9541(1)(i), said actions including, but not limited to, the following

§ 624 155(1)(B)(1)  Any person may bring a civil action against an insurer when such person is damaged

By the commission of any of the following acts by the insurer

1  Not attempting in good faith to settle claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for his interests,
2  Making claims payments to insureds or beneficiaries not accompanied by a statement setting forth the coverage under which payments are being made, or
3  Except as to liability coverages, failing to promptly settle claims, when the obligation to settle a claim has become reasonably clear, under one portion of the insurance policy coverage in order to influence settlements under other portions of the insurance policy coverage

§ 624 155         (5)   No punitive damages shall be awarded under this section unless the acts giving rise to the violation occur with such frequency as to indicate a general business practice and these acts are
                        (a) Willful, wanton, and malicious,
                        (b) In reckless disregard for the rights of any insured, or
                        (c) In reckless disregard for the rights of a beneficiary under a life insurance contract,
                  (8) The damages recoverable pursuant to this section shall include those damages which are a reasonably foreseeable result of a specified violation of this section by the authorized insurer and may include an award or judgment in an amount that exceeds the policy limits

§ 626 9541(i)     Unfair Claim Settlement Practices
                  2   A material misrepresentation made to an insured or any other person having an interest in the proceeds payable under such contract or policy, for the purpose and with the intent of effecting settlement of such claims, loss, or damage under such contract or policy on less favorable terms than those provided in, and contemplated by, such contract or policy, or
                  3   Committing or performing with such frequency as to indicate a general business practice any of the following

§ 626 9541(1)(i)3a   Failing to adopt and implement standards for the proper investigation of claims,

§ 626 9541(1)(i)3b   Misrepresenting pertinent facts or policy provisions relating to coverages at issue,

§ 626 9541(1)(i)3c   Failing to acknowledge and act promptly upon communications with respect to claims,

§ 626 9541(1)(i)3d   Denying claims without conducting reasonable investigations based upon available information,

§ 626 9541(1)(i)3e   Failing to affirm or deny full or partial coverage of claims, and as to partial coverage, the dollar amount or extent of coverage, or failing to provide a written statement that the claim is being investigated,

upon the written request of the insured within (30) days after the Proof of Loss Statement has been completed,

§ 626 9541(1)(i)3f   Failing to promptly provide a reasonable explanation in writing to the insured of the basis of the insurance policy, in relation to the facts or applicable law, for denial of a claim, or for offer of a compromise settlement,

§ 626 9541(1)(i)3g   Failing to promptly notify the insured of any additional information necessary for the processing of a claim, or

§ 626 9541(1)(i)3h   Failing to clearly explain the nature of the requested information and the reasons why such information is necessary

§ 626 9541(1)(i)3j   Failure to maintain complaint-handling procedures   Failure of any person to maintain a complete record of all the complaints received since the date of the last examination   For purposes of this paragraph, "complaint" means any written communication primarily expressing a grievance

§ 627 70131   Insurer's duty to acknowledge communications regarding claims, investigation ,

(1)(a) Upon an insurer's receiving a communication with respect to a claim, the insurer shall, within 14 calendar days, review and acknowledge receipt of such communication unless payment is made within that period of time or unless the failure to acknowledge is caused by factors beyond the control of the insurer which reasonably prevent such acknowledgement   If the acknowledgement is not in writing, a notification indicating acknowledgement shall be made in the insurer's claim file and dated   A communication made to or by an agent of an insurer with respect to a claim shall constitute communication to or by the insurer

(b)   As used in this subsection, the term "agent" means any person to whom an insurer has granted authority or

responsibility to receive or make such communications with respect to claims on behalf of the insurer

(c)   This subsection shall not apply to claimants represented by counsel beyond those communications necessary to provide forms and instructions

(2)   Such acknowledgement shall be responsive to the communication  If the communication constitutes a notification of a claim, unless the acknowledgement reasonably advises the claimant that the claim appears not to be covered by the insurer, the acknowledgement shall provide necessary claim forms, and instructions, including an appropriate telephone number

(3)   Unless otherwise provided by the policy of insurance or by law, within 10 working days after an insurer receives proof of loss statements, the insurer shall begin such investigation as is reasonably necessary unless the failure to begin such investigation is caused by factors beyond the control of the insurer which reasonably prevent the commencement of such investigation

(4)   For purposes of this section, the term "insurer" means any residential property insurer

(5)   Within 90 days after an insurer receives notice of a property insurance claim from a policyholder, the insurer shall pay or deny such claim unless the failure to pay such claim is caused by factors beyond the control of the insurer which reasonably prevent such payment   Failure to comply with this subsection constitutes a violation of this code

17   As a direct and proximate result of Defendant conducting wrongful and illegal acts in violation of Florida Statutes § 624 155 and § 626 9541, Plaintiff suffered the following actual damages, including, but not limited to

(a)   The costs of professional fees associated with representation of the

insured against their insurer,

(b)    Lost interest and loss of use of money owed,

(c)    Severe embarrassment, humiliation and emotional distress,

(d)    Impairment of credit and loss of credit and investment opportunity,

(e)    Loss of time and expense caused by delay and unfair dealing,

(f)    Expenses associated with maintaining the property in a safe and legally compliant condition during the period of delay and claim denial,

(g)    Expenses of consultants and experts,

(h)    Loss of economic advantage and market value resulting from the insured's inability to repair damage to the property,

(i)    Additional mortgage payments due to increase mortgage interest rate

(j)    Exacerbation of remediation expenses due to significant delay and inflated cost of materials

(k)    Loss of coverage under the policy of insurance for additional living expenses and ability to maintain standard of living after the loss,

(l)    Financial hardship and loss of income,

(m)    Additional mortgage payments due to increase mortgage interest rate,

(o)    Non-renewal of the subject insurance policy

18      The Plaintiff has performed all conditions precedent to the filing of this action by placing the Florida Department of Insurance and Defendant on notice of his intent to make a claim for bad faith remedies and rights pursuant to Florida Statute § 624 155

19      That the aforesaid acts, omissions, and violations of Florida Statutes § 624 155 and § 626 9541 by Defendant, occurred with such frequency as to indicate a general business practice and were performed willfully, wantonly, and maliciously, in reckless disregard for the rights of the insured, the Plaintiff herein

20      As a further result of Defendant's bad faith conduct, it has become necessary for Plaintiff to incur and become obligated for attorney's fees and costs in connection with the prosecution of this action, for which Defendant is liable in accordance with Florida law

**WHEREFORE**, the Plaintiff prays this Court award the Plaintiff's compensatory damages, pre-judgment interest, costs of this action, attorney's fees and such other and further relief as this Court may deem appropriate and just under the circumstances Further, the Plaintiff requests a trial by jury on all issues so triable

THE THOMPSON TRIAL GROUP, P A
Attorneys for Plaintiff
403 N  Howard Ave
Tampa, FL 33606
Telephone  813 254 1800
tthompson@ttglaw.com

By _____
THOMAS W THOMPSON, ESQ
FBN 0163376

## REQUEST TO PURCHASE PERSONAL PROPERTY AND
## PERSONAL LIABILITY COVERAGE
### (These Coverages Cannot Be Purchased Separately)

10/24/2008

This offer for personal property and liability coverage is being made by AMERICAN SECURITY INSURANCE COMPANY   It is available for a short time only Your request must be received by us at the address listed below within 30 days of the date of this form  All requests received after the 30th day will be denied

**NOTICE: THESE COVERAGES MAY BE MORE RESTRICTIVE THAN THOSE IN YOUR PREVIOUS POLICY. THE COST MAY BE HIGHER THAN YOU MAY HAVE PREVIOUSLY PAID.**

| TYPE OF COVERAGE | COVERAGE AMOUNT | PREMIUM |
|---|---|---|
| PERSONAL PROPERTY | $ 37,113 | $ 182 00 |
| PERSONAL LIABILITY | $ 25,000 | $ 50 00 |
| MEDICAL PAYMENTS | $ 1,000 | INCL |
| ANNUAL TOTAL PREMIUM FOR THESE COVERAGES | | $ 232 00 |
| ANNUAL TOTAL PREMIUM FOR YOUR HOUSE, PLUS THE ABOVE COVERAGE | | $ 1,663 39 |

I request that AMERICAN SECURITY INSURANCE COMPANY  add personal property and liability coverage to my lender placed dwelling policy  The coverage limits and premium are listed above  I understand that the premium for these coverages will be charged to my escrow account, or will be billed directly to me

I realize that these coverages are subject to the terms of the policy forms in use by the insurance company

Loan Number 0495066423

Print Name    _____

Signature     _____

Date          _____

Mail TO
REGIONS BANK DBA REGIONS MORTGAGE
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 11026
ORANGE, CA  92856-8126

Attention  Insurance Department

<u>Warning</u>    Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim, or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree

EXHIBIT
A

MSCL-RES-APP-FL (1/99)

MS0858

SFD   OWNER OCCUPIED?

| AGENCY | | | |
|---|---|---|---|
| Major | Sub | Minor | State |
| 09001 | 009 | 000 | FL |

American Security Insurance Company
PO BOX 50355, ATLANTA, GA 30302

POLICY NUMBER
ALR15032259117

**RESIDENTIAL PROPERTY**
**ADDITIONAL INSURED ENDORSEMENT**

ADDITIONAL INSURED-Name and Address (Street No., City, State, Zip)
JOSE CANALES
4622 WISHART BLVD
TAMPA, FL 33603-2829

NAMED INSURED MORTGAGEE-Name and Address
REGIONS BANK DBA REGIONS MORTGAGE
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 11026
ORANGE, CA 92856-8126

LOAN NUMBER  0495066423

Coverage is provided where a premium or limit of liability is shown for the coverage, subject to all conditions of this policy

| POLICY PERIOD ONE YEAR | COVERAGES | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|---|
| EFFECTIVE DATE 04/19/2008 EXPIRATION DATE 04/19/2009 | Dwelling | $  92,783 | $  1,387  00 |
| EFFECTIVE TIME  NOON ☐  12 01 A M ☒ | | | |
| DESCRIBED LOCATION (if different from mailing address above) | | | |
| 4612 WISHART BOULEVA TAMPA, FL 33603 | | | |
| | CPIC ASSESSMENT | 0 0140 | 19 42 |
| | CPIC ASSESSMENT REGU | 0 0080 | 11 10 |
| | FHCF ASSESSMENT | 0 0100 | 13 87 |
| | ANNUAL PREMIUM AMOUNT | | $  1,387 00 |
| | ANNUAL TOTAL CHARGED | | $  1,431 39 |

Forms and endorsements which are made a part of this policy at time of issue

MSP-RES[5-91], MSP-RES[8-88], MSP-RES-FL-SH(01/07), MSP-RES-FLAEND(01/07), CP13000A-R[6-05]
N9701(9/07)

Subject to the terms and provisions of the Mortgage Service Program, including but not limited to the Residential Property coverage form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an Additional Insured with respect to such property, subject to the following additional provisions

a   The above Named Insured Mortgagee is authorized to act for such Additional Insureds in all matters pertaining to this insurance including receipt of Notice of Cancellation, and return premium, if any

b   The above Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Insured for the insurance afforded

c   Loss, if any, shall be adjusted with and payable to the above Named Insured Mortgagee, and the Additional Insureds as their interests may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Insured, at our option

Deductibles - applies separately to each building or structure, per loss $  500 Occupied  $1000  Vacant or Unoccupied

A deductible of 2   % of the Coverage Amount or $ 2000, whichever is greater, applies for loss caused by the peril of Windstorm or Hail.

A deductible of 2   % of the Coverage Amount or $2000, whichever is greater, applies for loss caused by the peril of Hurricane.

ALL OTHER INQUIRIES 1-888-723-4316          CLAIMS INFORMATION ONLY  1-800-652-1262

**"THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU"**

Agency at
PMS-A FL 0906

Issue Date 10/24/2008

GF3981

REGIONS BANK DBA RE    ONS MORTGAGE
INSURANCE CENTER
P O  BOX 11026
ORANGE, CA  92856-8126


JOSE CANALES
4622 WISHART BLVD
TAMPA, FL  33603-2829


Re. ALR15032259117

# REGIONS

REGIONS BANK
DBA Regions Mortgage
P O Box 11026
Orange, CA 92856-8126

**NOTE. THIS INSURANCE DOES NOT
PROVIDE COVERAGE FOR PERSONAL
CONTENTS OR LIABILITY**

October 24, 2008

Loan#  0495066423

Control Number  ALR15032259117
Property

JOSE CANALES
4622 WISHART BLVD
TAMPA, FL 33603-2829

4612 WISHART BOULEVA
TAMPA, FL 33603

Dear Customer

We have enclosed the evidence of insurance on your property obtained by Regions Bank DBA Regions Mortgage This
evidence, with a premium of $   1,431 39, was purchased by Regions Bank DBA Regions Mortgage at your expense
as a result of your failure to maintain insurance in accordance with our insurance requirements A summary of our
insurance requirements is printed on the reverse side of this letter

This evidence is standard hazard fire with extended coverage which covers only the structure of your property The
dwelling coverage was based on the dwelling coverage amount of your last known insurance There is no contents or
liability coverage **It may or may not be as comprehensive as the coverage which was previously provided by you, and
may not fully protect your interests; it may be more expensive than your former coverage. Therefore, we urge you to
contact your insurance agent to discuss this coverage**

**If you wish to change the type of coverage we have ordered to include contents and liability coverage, please sign the**
enclosed opt-in form where indicated and return the form to the address above Please note. This offer is not available if
your property is located in CT, IL or OH or is not owner occupied or is a mobile home or a commercial property

**If you do not want a change in coverage, no action is required on your part, however, you understand that there will
be no coverage for contents if this home suffers a loss, and there is no liability coverage.**

If you have obtained acceptable insurance on your own, please instruct your agent or insurance carrier to send the policy
with a Lender's Loss Payable Endorsement in favor of Regions Bank DBA Regions Mortgage and Its Successors and/or
Assigns to

>Regions Bank DBA Regions Mortgage
>Its Successors and/or Assigns
>P O Box 11026
>Orange, CA 92856-8126

You or your agent may also FAX this information to (714) 973-3317 **The required verification should also reference
your loan number 0495066423** . If you have any questions regarding this matter, please contact our office by
mail at the above address or by telephone at our toll free number (888) 723-4316.
Thank you

Sincerely,

Hazard Insurance Department

R3FIR

SFD      OWNER OCCUPIED ?

| AGENCY | | | |
|---|---|---|---|
| Major | Sub | Minor | State |
| 09001 | 009 | 000 | FL |

**merican Security Insurance Company**
PO BOX 50355, ATLANTA, GA 30302

POLICY NUMBER
ALR15032259117

**RESIDENTIAL PROPERTY
ADDITIONAL INSURED ENDORSEMENT**

ADDITIONAL INSURED-Name and Address (Street No , City, State, Zip)
JOSE CANALES
4622 WISHART BLVD
TAMPA, FL  33603-2829

NAMED INSURED MORTGAGEE-Name and Address
REGIONS BANK DBA REGIONS MORTGAGE
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 11026
ORANGE, CA  92856-8126

LOAN NUMBER  0495066423

Coverage is provided where a premium or limit of liability is shown for the coverage, subject to all conditions of this policy

| POLICY PERIOD ONE YEAR | COVERAGES | LIMITS OF LIABILITY | | PREMIUM | |
|---|---|---|---|---|---|
| EFFECTIVE DATE 04/19/2008 EXPIRATION DATE 04/19/2009 | Dwelling | $ | 92,783 | $ | 1,387 00 |
| EFFECTIVE TIME   NOON ☐   1201 AM ☒ | | | | | |
| DESCRIBED LOCATION (if different from mailing address above) | | | | | |
| | | | | | |
| 4612 WISHART BOULEVA | | | | | |
| TAMPA, FL  33603 | | | | | |
| | CPIC ASSESSMENT | 0 0140 | | | 19 42 |
| | CPIC ASSESSMENT REGU | 0 0080 | | | 11 10 |
| | FHCF ASSESSMENT | 0 0100 | | | 13 87 |
| | | | | | |
| | ANNUAL PREMIUM AMOUNT | | | $ | 1,387 00 |
| | ANNUAL TOTAL CHARGED | | | $ | 1,431 39 |

Forms and endorsements which are made a part of this policy at time of issue

MSP-RES[5-91], MSP-RES[8-88], MSP-RES-FL-SH(01/07), MSP-RES-FLAEND(01/07), CP13000A-R[6-05]
N9701(9/07)

Subject to the terms and provisions of the Mortgage Service Program, including but not limited to the Residential Property coverage form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an Additional Insured with respect to such property, subject to the following additional provisions

a   The above Named Insured Mortgagee is authorized to act for such Additional Insureds in all matters pertaining to this insurance including receipt of Notice of Cancellation, and return premium, if any

b   The above Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Insured for the insurance afforded

c   Loss, if any, shall be adjusted with and payable to the above Named Insured Mortgagee, and the Additional Insureds as their interests may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Insured, at our option

**Deductibles** - applies separately to each building or structure, per loss $  500 Occupied  $1000   Vacant or Unoccupied

**A deductible of 2   % of the Coverage Amount or $ 2000, whichever is greater, applies for loss caused
by the peril of Windstorm or Hail.**

**A deductible of 2   % of the Coverage Amount or $ 2000, whichever is greater, applies
for loss caused by the peril of Hurricane.**

ALL OTHER INQUIRIES 1-888-723-4316          CLAIMS INFORMATION ONLY  1-800-652-1262

**"THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES,
WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU"**

Agency at
PMS-A FL 0906

Issue Date  10/24/2008

GF3981

## AMERICAN SECURITY INSURANCE COMPANY
### P.O. BOX 50355, ATLANTA, GA 30302

A STOCK INSURANCE COMPANY
HEREIN CALLED THIS COMPANY
INCORPORATED UNDER
THE LAWS OF DELAWARE

## READ YOUR POLICY CAREFULLY



## Residential Property Policy

**This policy provides limited coverage. Please read your policy and all endorsements carefully.**

THIS POLICY JACKET TOGETHER WITH RESIDENTIAL DWELLING FORM, DECLARATIONS AND ENDORSEMENTS, IF ANY, ISSUED TO A FORM A PART THEREOF,
COMPLETES THIS POLICY

RESIDENTIAL PROPERTY
COVERAGE
MSP-RES (8-88)

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy

## DEFINITIONS

Throughout this policy "you" and "your" refer to the "Named insured," (Mortgagee) and the "Additional Insured" (Mortgagor) shown in the Declarations "We," "our," and "us" refer to the Company providing this insurance

## COVERAGES

This insurance applies to the Dwelling Property described in the Additional Insured Endorsement which has been issued and is Eligible Real Estate within the description of property covered below, and which is not otherwise excluded

1   Property Covered
    We cover
    a   the dwelling on the Described Location, used principally for dwelling purposes not to exceed four (4) living units including, but not limited to, individually owned townhouses or permanently situated mobile homes,
    b   structures attached to the dwelling,
    c   materials and supplies on or adjacent to the Described location for use in the construction, alteration, or repair of the dwelling or other structures on this location, and
    d   if not otherwise covered in this policy, building equipment and outdoor equipment used for the service of and located on the Described Location

2   Property Not Covered
    a   Personal Property of any kind
    b   Outdoor trees, shrubs, plants, and lawns
    c   Outdoor swimming pools, fences, piers, wharves and docks, beach or diving platforms or appurtenances, retaining walls not constituting a part of buildings, walks, roadways, and other paved surfaces
    d   Cost of excavations, grading or filling
    e   Foundations of buildings, machinery, boilers or engines which foundations are below the surface of the ground
    f   Pilings, piers, pipes, flues, and drains which are underground
    g   Pilings which are below the low water mark
    h   Land (including land on which the property is located)

## PERILS INSURED AGAINST

We insure against risks of direct loss to covered property only if that loss is a physical loss to property  However, we do not insure losses which are excluded below
1   We do not insure for loss involving collapse, other than as provided in Other Coverages
    5  However, any ensuing loss not excluded or excepted is covered
2   We do not insure for loss caused by
    a   freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a
        (1)  fence, pavement, patio or swimming pool,
        (2)  foundation, retaining wall or bulkhead, or
        (3)  pier, wharf or dock,

e   Neglect, meaning your neglect to use all reasonable means to save and preserve property at and after the time of loss

f   War, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these  Discharge of a nuclear weapon will be deemed a warlike act even if accidental

g   Nuclear Hazard, meaning any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these

Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke

This coverage does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered

h   Intentional Loss, meaning any loss arising out of any act committed

(1) by you or at your direction, and

(2) with the intent to cause a loss

4   We do not insure for loss caused by any of the following  However, any ensuing loss not excluded or excepted is covered

a   Weather conditions  However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 3 above to produce the loss,

b   Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body,

c   Faulty, inadequate or defective

(1) planning, zoning, development, surveying, siting,

(2) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction,

(3) materials used in repair, construction, renovation or remodeling, or

(4) maintenance,

of part or all of any property whether on or off the described premises

# OTHER COVERAGES

1   Other Structures

Subject to the provisions of this article, we cover other structures on the Described Location, separated from the dwelling by clear space  Structures connected to the dwelling by only a fence, utility line or similar connection are considered to be other structures

We do not cover other structures

a   used in whole or in part for commercial, manufacturing or farming purposes, or

b   rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage

The amount of insurance on other structures shall be limited to 10% of the dwelling coverage as an additional amount of insurance

2   Debris Removal

We will pay the reasonable expense incurred by you for the removal of debris from a property loss covered by this policy  Debris removal expense is included in the limit of liability applying to the damaged property

3   Reasonable Repairs

We will pay the reasonable cost incurred by you for necessary repairs made solely to protect the property covered by this policy from further damage if there is coverage for the peril causing the loss  Use of this coverage is included in the limit of liability that applies to the property being repaired

4   Concealment or Fraud  We do not provide coverage if you have intentionally concealed or misrepresented any material fact or circumstance relating to this insurance  We do not provide coverage if you have acted fraudulently or made false statements relating to this insurance whether before or after loss

5   Your Duties After Loss  In case of a loss to which this insurance may apply, you shall see that the following duties are performed

    a   give immediate notice to us or our agent,

    b   protect the property from further damage, make reasonable and necessary repairs required to protect the property, and keep an accurate record of repair expenditures,

    c   exhibit the damaged property as often as we reasonably require,

    d   submit to signed statements and examinations under oath, and

    e   submit to us, within 60 days after we request, your signed, sworn statement of loss which sets forth, to the best of your knowledge and belief

        (1)  the time and cause of loss,

        (2)  the interest of you and all others in the property involved and all encumbrances on the property,

        (3)  other insurance which may cover the loss,

        (4)  changes in title or occupancy of the property during the term of the policy, and

        (5)  specifications of any damaged building and detailed estimates for repair of the damage.

6   Loss Settlement  Covered property losses are settled as follows

    A   Buildings at replacement cost without deduction for depreciation, subject to the following

        (1)  We will pay the cost of repair or replacement, without deduction for depreciation, but not exceeding the smallest of the following amounts

            (a)  the limit of liability under this policy applying to the building,

            (b)  the replacement cost of that part of the building damaged for equivalent construction and use on the same premises, or

            (c)  the amount actually and necessarily spent to repair or replace the damaged building

    If the full cost to repair or replace the damaged property is more than $1,000 or 5% of the limit of liability for the Dwelling, we will pay no more than the actual cash value until actual repair or replacement is completed

    You may disregard these replacement cost loss settlement provisions when making a claim  You may claim loss to buildings on actual cash value basis  If you do, you may make further claim within 180 days after the loss based upon and for any specific additional cost to you actually incurred within that period in replacing the damaged property on a replacement cost basis

    B   Loss to the following types of property will be settled at the actual cash value of the damaged property at the time of loss  Actual cash value includes deduction for depreciation

        (1)  Structures that are not buildings

        (2)  Antennas, carpeting, awnings, domestic appliances and outdoor equipment, all whether or not attached to buildings

    We will not pay more than the smallest of

        (1)  the cost to repair or replace the damaged property with property of like kind and quality,

        (2)  the actual cash value of the damaged property, or

        (3)  the limits of liability of this policy applying to the property

15  Suit Against Us  No action shall be brought unless there has been compliance with the policy provisions and the action is started within one year after the loss

16  Abandonment of Property  You must take all reasonable steps to protect the property which a prudent interested party would take in the absence of this or other insurance We need not accept any property abandoned by you

17  No Benefit to Bailee  We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this policy

18  Cancellation

    a  Coverage under this policy shall automatically and without prior notice, cancel when the Named Insured no longer has an interest in the Described Property or when the Named Insured has been provided with another policy that meets the requirements of the Named Insured as set forth in the mortgage agreement applicable to the Described Property

    b  This policy may also be cancelled by the Named Insured by returning it to us or notifying us in writing of the date cancellation is to take effect

    c  We may cancel this policy by mailing notice of cancellation to the Named Insured at the address shown on the Additional Insured Endorsement or by delivering the notice not less than 30 days prior to the effective date of cancellation

    d  We will mail to the Named Insured at the address shown on the Additional Insured Endorsement notice of non renewal not less than 30 days before the end of the policy period, if we decide not to renew or continue this policy

19  Return of Premium  When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata

If the return premium is not refunded with the notice of cancellation or when the policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect  The return of premium is not a condition of the cancellation

20  Liberalization Clause  If we adopt any revision which would broaden the coverage under this policy without additional premium within 60 days prior to or during the policy period, the broadened coverage will immediately apply to this policy

21  Waiver or change of Policy Provisions  A waiver or change of any provision of this policy must be in writing by us to be valid  Our request for an appraisal or examination shall not waive any of our rights  No course of conduct nor any indulgences, waivers, extensions, forebearances, non-enforcement of policy conditions, or the like, extended at or over any time or from time to time by the Company to the Named Insured or anyone shall waive, nullify, or modify any policy provision as to any other occasion or waive, nullify, or modify any other policy provision

22  Assignment  Assignment of this policy shall not be valid unless we give our written consent

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative

SECRETARY

PRESIDENT

Mortgage Service Program
Residential Property Coverage
Florida Amendatory Endorsement

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

It is hereby understood and agreed that form MSP-RES is amended as follows

**CONDITIONS**

6    **Loss Settlement.** The following item (d) is added under paragraph a (1)

    (d) If the loss or damage occurs to pool enclosures, cabanas, screened porches or other shelter-type structure attached to the Dwelling, we will pay no more than ten percent (10%) of the limit of liability of this policy applying to the Dwelling This condition does not increase the limit of liability applying to the Dwelling Property

15    **Suit Against Us** is deleted and replaced by the following

15    **Suit Against Us**
No action shall be brought unless there has been compliance with the policy provisions and the action is started within five years after the loss

18    **Cancellation** is deleted and replaced by the following

18.    **Cancellation**

    a    Coverage under this policy shall automatically and without prior notice, cancel when the Named Insured no longer has an interest in the Described Property or when the Named Insured has been provided with another policy that meets the requirement of the Named Insured as set forth in the mortgage agreement applicable to the Described Property

    b.    This policy may also be cancelled by the Named Insured by returning it to us or notifying us in writing of the date cancellation is to take effect

    c.    We may cancel this policy by mailing notice of cancellation or nonrenewal to the Named Insured at the address shown on the Additional Insured Endorsement or by delivering the notice not less than 90 days prior to the effective date of cancellation This notice will contain the reason for cancellation or nonrenewal If cancellation is for nonpayment of premium, at least 10 days written notice of cancellation shall be given When cancellation occurs during the first 90 days of coverage, at least 20 days notice shall be given except for nonpayment of premium or material misrepresentation After the policy has been in effect for 90 days, the policy shall not be cancelled except for nonpayment of premium, material misrepresentation, failure to comply with underwriting requirements or substantial change of risk

    If we fail to provide the 90 days notice (or 20 days for new policies), the coverage provided to the Named Insured shall remain in effect until their replacement coverage is effective, or until 90 (or 20) days after notice is given, whichever comes first

All other terms and conditions shall remain the same

*Disclosures Permitted by Law*
We may share customer information as described above and as permitted by law

*Disclosures for Joint Marketing and Servicing*
We may share customer information with persons or organizations inside or outside our family of companies that perform marketing services for us or with whom we have joint marketing agreements

*Information Regarding Former Customers*
We treat the information of prospective and former customers in the same manner as existing customers with respect to the use of personal information

*Our Security Procedures*
We restrict access to customer information to those employees whom we know have a valid business purpose to have access to such data   We maintain physical, electronic and procedural safeguards   We require those who provide services for us and to whom we provide your data to keep your information safeguarded and confidential

*Changes to this Privacy Policy*
We reserve the right to change this Privacy Policy at any time   If we make material changes, we will provide current customers a new notice that describes our new practices and will post it on our Internet websites

*Notice of Insurance Information Practices*
We may collect personal information from persons other than the individual or individuals proposed for coverage   Personal information as well as other personal or privileged information subsequently collected by us may in certain circumstances be disclosed to a third party without your authorization   You have the right to access and correct all personal information collected   A more complete Notice of Insurance Information Practices will be furnished to you upon request

*New Mexico and Vermont Residents*
As required by state law, we will not share your financial or health data without your permission except as allowed by applicable New Mexico or Vermont law

The following affiliated companies underwrite or market services under the Assurant Solutions service mark or adhere to the Assurant Solutions Privacy Policy   We value our relationship with you   Should you have any questions about our Privacy Policy, please write to us at Assurant Solutions Privacy Office, Post Office Box 979047, Miami, FL 33197-9047 or e-mail us your question at theprivacyoffice@assurant com

| | |
|---|---|
| American Association for Financial Institution Services | MS Life Insurance Company |
| American Bankers General Agency, Inc | National Insurance Agency |
| American Bankers Insurance Company of Florida | PAS Financial Group |
| American Bankers Life Assurance Company of Florida | Reliable Lloyds Insurance Company |
| American Bankers Management Company, Inc | Roadgard Motor Club, Inc |
| American Reliable Insurance Company | Service Delivery Advantage, LLC |
| American Security Insurance Company | Standard Guaranty Insurance Company |
| Caribbean American Insurance Agency Company | Sureway, Inc |
| Caribbean American Life Assurance Company | Time Insurance Company |
| Caribbean American Property Insurance Company | Union Security Insurance Company |
| Commerce National Insurance Company | Union Security Life Insurance Company |
| Consumer Assist Network Association, inc | Union Security Life Insurance Company of New York |
| Federal Warranty Service Corporation | United Family Life Insurance Company |
| Financial Insurance Exchange | United Service Protection, Inc |
| Insureco, Inc | United Service Protection Corporation |
| Insureco Services, Inc | Voyager Indemnity Insurance Company |
| Life Insurance Company of Mississippi | Voyager Property and Casualty Insurance Company |
| MS Casualty Insurance Company | Voyager Service Programs, Inc |
| MS Diversified Life Insurance Company | Voyager Service Warranties, Inc |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## WINDSTORM, HAIL, HURRICANE ENDORSEMENT - FLORIDA

When loss occurs under the peril of **Windstorm** or **Hail**, the deductible will be the greater of
$ 2000   or   2  % of the Amount of Insurance, per insured location

When loss occurs under the peril of **Hurricane**, the deductible will be the greater of
$ 2000    or   2 % of the Amount of Insurance, per insured location

"Hurricane Occurrence"

a   Begins at the time a hurricane watch or warning is issued for any part of Florida by the National Hurricane Center of the National Weather Service,

b   Continues for the time period during which the hurricane conditions exist anywhere in Florida, and

c   Ends 72 hours following the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the National Hurricane Center of the National Weather Service

All other terms and conditions of this policy remain unchanged

**IMPORTANT NOTICE REGARDING FLORIDA ASSESSMENT**

THE $    11 10 SURCHARGE IN YOUR PREMIUM FOR THE ASSESSMENT BY CITIZENS
PROPERTY INSURANCE CORPORATION HAS BEEN REDUCED BY $     69     DUE TO
AN APPROPRIATION BY THE FLORIDA LEGISLATURE

08/31/2008

| AGENCY | | |
|---|---|---|
| Major | Sub | Minor |
| 09001 | 009 | 150 |

AM\  CAN SECURITY INSURANCE CC   NY

PO BOX 50355
ATLANTA GA, 30302
**INSURANCE BINDER**

LOAN
NUMBER 0495066423

POLICY NUMBER

015030495066423

ADDITIONAL INSURED-NAME AND ADDRESS

JOSE CANALES
4622 WISHART BLVD
TAMPA, FL  33603-2829

NAMED INSURED MORTGAGEE--NAME AND ADDRESS

REGIONS BANK DBA REGIONS MORTGAGE
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 11026
ORANGE, CA  92856-8126

1-888-723-4316

| Binder period | | | | Described Location (if different from mailing address above) |
|---|---|---|---|---|
| EFFECTIVE TIME [ ] NOON [X] 1201 AM | | | | 4612 WISHART BOULEVA |
| | Mo | Day | Yr | Coverage Amount | TAMPA, FL  33603 |
| INCEPTION | 04/19/2008 | $   92,783 | |
| | | | Annual Premium | |
| EXPIRATION | 06/18/2008 | $  1,431 39 | |

Please note that this binder is for a 60 day period. It can not be renewed.

The premium shown above is for a full one year policy. The lender will place a policy for you if you do not give them proof of insurance on your house. You will be charged for each day that you do not have your own insurance policy.

This binder covers your house for risk of direct loss subject to the terms of the policy. This coverage is limited to the house only. Your personal property and liability are not covered. For example, if your house was burglarized, it would not cover the stolen property.

CLAIMS INFORMATION ONLY

1-800-652-1262

ALL OTHER INQUIRIES

1-888-723-4316

MSP-RES-B-(8/88)

BIN041

# REQUEST TO PURCHASE PERSONAL PROPERTY AND PERSONAL LIABILITY COVERAGE
### (These Coverages Cannot Be Purchased Separately)

08/31/2008

This offer for personal property and liability coverage is being made by AMERICAN SECURITY INSURANCE COMPANY   It is available for a short time only. Your request must be received by us at the address listed below within 30 days of the date of this form. All requests received after the 30th day will be denied

**NOTICE: THESE COVERAGES MAY BE MORE RESTRICTIVE THAN THOSE IN YOUR PREVIOUS POLICY. THE COST MAY BE HIGHER THAN YOU MAY HAVE PREVIOUSLY PAID.**

| TYPE OF COVERAGE | COVERAGE AMOUNT | PREMIUM |
|---|---|---|
| PERSONAL PROPERTY | $  37,113 | $  182 00 |
| PERSONAL LIABILITY | $  25,000 | $  50 00 |
| MEDICAL PAYMENTS | $  1,000 | INCL |
| ANNUAL TOTAL PREMIUM FOR THESE COVERAGES | | $  232 00 |
| ANNUAL TOTAL PREMIUM FOR YOUR HOUSE, PLUS THE ABOVE COVERAGE | | $  1,663 39 |

I request that AMERICAN SECURITY INSURANCE COMPANY  add personal property and liability coverage to my lender placed dwelling policy. The coverage limits and premium are listed above   I understand that the premium for these coverages will be charged to my escrow account, or will be billed directly to me.

I realize that these coverages are subject to the terms of the policy forms in use by the insurance company

Loan Number 0495066423

Print Name  _____

Signature  _____

Date  _____

Mail TO.
REGIONS BANK DBA REGIONS MORTGAGE
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 11026
ORANGE, CA  92856-8126

Attention:  Insurance Department

<u>Warning.</u>   Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim, or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

MSCL-RES-APP-FL (1/99)

MS0858

JOSE  CANALES
4612 WISHART BLVD
TAMPA, FL 33603-

POLICY NUMBER
HO12035229

**FRONTIER PACIFIC INSURANCE COMPANY**
Post Office Box 147018
Gainesville, FL 32614-7018
(352)-332-8800

DIRECT BILL LIENHOLDER
PREVIOUS POL # HO12028520

HOMEOWNERS
DECLARATION

NAMED INSURED:                          YOUR AGENT IS:                 # 1122
JOSE CANALES                            J THOMAS TRASK
4612 WISHART BLVD                       DENNIS INS AGENCY
TAMPA, FL 33603                         19209 N HWY 41
                                        LUTZ, FL 33549
                                        (813)949-6480

POLICY PERIOD  08/05/00 To 08/05/01 12:01 AM std time at insured location

Coverage is provided where a premium or limit is shown for the coverage

Insured Residence Premises Location. **SAME AS ABOVE HILLSBOROUGH**

This insurance is issued pursuant to the Florida Surplus Lines Laws
Persons insured by Surplus Lines carriers do not have the protection
of the Florida Insurance Guaranty Act to the extent of any right of
recovery for the obligation on an insolvent unlicensed insurer

SURPLUS LINES AGENT               BILLY J. CREECH
ADDRESS:                          PO BOX 147018
                                  GAINESVILLE, FL 32614-7018
LICENSE NUMBER:                   A057464
FILE NUMBER: HO12035229           QUARTER: 3RD
PREMIUM: $   857.64               TAX: $    42.75

## SECTION I PROPERTY COVERAGE

| COVERAGE A | COVERAGE B | COVERAGE C | COVERAGE D |
|---|---|---|---|
| Dwelling | Other Structures | Personal Property | Loss of Use |
| $86,250 | $8,625 | $43,125 | $17,250 |

## SECTION II LIABILITY COVERAGE

| COVERAGE E - Personal Liability | COVERAGE F - Med Pay to Others |
|---|---|
| $300,000   Each Occurrence | $5,000   Each Person |

| PREMIUM AND ADDITIONAL CHARGES | PREMIUM |
|---|---|
| SECTION I & SECTION II HO-3(04-91) | $   725.00 |
| FL SURPLUS LINES SERV OFFICE, FSLSO(10-98) | $     2.64 |
| REPLACEMENT COST COVERAGE, HO 04 90(04-91) | $   105.00 |
| DEPARTMENT OF REVENUE CHARGE, POL-DRC(12-95) | $     2.00 |
| POLICY FEE, POL-FEE(01-90) | $    25.00 |
| 5% POLICY TAX, POL-TAX(01-90) | $    42.75 |

DISCOUNTS

** Total Policy Premium        $    902.39

SECTION II: Other Location(s)  none

**CONTINUED ON NEXT PAGE**

HO 04 90 04 91

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## PERSONAL PROPERTY REPLACEMENT COST

**SECTION I**

For an additional premium, covered losses to the following property are settled at replacement cost at the time of loss

    **a.** Coverage C - Personal Property,

    **b.** If covered in this policy, awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings

Personal Property Replacement Cost coverage will also apply to the following articles or classes of property if they are separately described and specifically insured in this policy

    **a** Jewelry,

    **b.** Furs and garments trimmed with fur or consisting principally of fur,

    **c.** Cameras, projection machines, films and related articles of equipment,

    **d** Musical equipment and related articles of equipment,

    **e** Silverware, silver-plated ware, goldware, gold-plated ware and pewterware, but excluding pens, pencils, flasks, smoking implements or jewlery, and

    **f.** Golfer's equipment meaning golf clubs, golf clothing and golf equipment

Personal Property Replacement Cost coverage will not apply to other classes of property separately described and specifically insured

### 1. PROPERTY NOT ELIGIBLE

Property listed below is not eligible for replacement cost settlement   Any loss will be settled at actual cash value at the time of loss but not more than the amount required to repair or replace

    **a.** Antiques, fine arts, paintings, and similar articles of rarity or antiquity which cannot be replaced

    **b.** Memorabilia, souvenirs, collectors items and similar articles whose age or history contribute to their value

    **c.** Articles not maintained in good or workable condition

    **d.** Articles that are outdated or obsolete and are stored or not being used

### 2  REPLACEMENT COST

The following loss settlement procedure applies to all property insured under this endorsement

    **a.** We will pay no more than the least of the following amounts

      **(1)** Replacement cost at the time of loss without deduction for depreciation,

      **(2)** The full cost of repair at the time of loss,

      **(3)** The limit of liability that applies to Coverage C, if applicable,

      **(4)** Any applicable special limits of liability stated in this policy, or

      **(5)** For loss to any item separately described and specifically insured in this policy, the limit of liability that applies to the item

    **b** When the replacement cost for the entire loss under this endorsement is more than $500, we will pay no more than the actual cash value for the loss or damage until the actual repair or replacement is complete

    **c.** You may make a claim for loss on an actual cash value basis and then make claim within 180 days after the loss for any additional liability in accordance with this endorsement

All other provisions of this policy apply

HO 04 90 04 91

# FRONTIER PACIFIC INSURANCE COMPANY

## AMENDATORY ENDORSEMENT

(This endorsement forms a part of **your** policy and is effective on the inception of **your** policy )

It is agreed that **your** policy is amended as follows

1   Conditions Applying to Section I and Section II,

    1   Liberalization Clause is deleted

2   Conditions Applying to Section I and Section II,

    2   Policy Period is deleted and replaced with

        2   Policy Period

        This policy applies only to loss under SECTION I or bodily injury or property damage under SECTION II, which occurs during the policy period  The policy period shall be as shown on the Declarations Page under "Policy Period "

3   Conditions Applying to Section I and Section II,

    3   Nonrenewal, is deleted and replaced with

        3   Nonrenewal

        If **we** elect not to renew this policy, **we** will provide written notice to **you** at **your** address shown on the Declarations page at least 45 days before the expiration date of this policy  Proof of mailing shall be sufficient proof of notice

4   Conditions Applying to Section I and Section II,

    6  (b) Cancellation is deleted and replaced with

        6   Cancellation

        (b)   **We** may cancel this policy by notifying **you** in writing of the date cancellation takes effect  This cancellation notice may be delivered to **you** or mailed to **you** at **your** address shown in the Declarations  Proof of mailing shall be sufficient proof of notice

            i   When **you** have not paid the premium, **we** may cancel by notifying **you** at least 10 days before the date cancellation takes effect

            ii   When this policy has been in effect for less than 90 days, **we** may cancel by notifying **you** at least 20 days before the date cancellation takes effect

            iii   After this policy has been in effect for 90 days or more, **we** may cancel by notifying **you** at least 45 days before the date cancellation takes effect

## SECTION I - PERILS INSURED AGAINST

The following peril is added

Sinkhole Collapse, meaning actual physical damage arising out of, or caused by, sudden settlement or collapse of the earth supporting such property and only when such settlement or collapse results from subterranean voids created by the action of water on limestone or similar rock formations

The Section I - Earth Movement exclusion does not apply to this peril

All other conditions of this policy apply

MOH-21a (11/01/98)





FLORIDA
DEPARTMENT OF
FINANCIAL SERVICES

Alex Sink
Chief Financial Officer of Florida

Filing Number        150273

**Reason for Notice**

Reasons for Notice

    **Claim Delay**

    **Unsatisfactory Settlement Offer**

    **Unfair Trade Practice**

    **Unreasonable Investigation**

    **Failure to act on claim**

**PURSUANT TO SECTION 624 155, F.S**  please indicate all statutory provisions alleged to have been violated

| | |
|---|---|
| 624 155(1)(b)(1) | Not attempting in good faith to settle claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests |
| 624 155(1)(b)(3) | Except as to liability coverages, failing to promptly settle claims, when the obligation to settle a claim has become reasonably clear, under one portion of the insurance policy coverage in order to influence settlements under other portions of the insurance policy coverage |
| 626 9541(1)(i)(3)(a) | Failing to adopt and implement standards for the proper investigation of claims |
| 626 9541(1)(i)(3)(f) | Failing to promptly provide a reasonable explanation in writing to the insured of the basis in the insurance policy, in relation to the facts or applicable law, for denial of a claim or for the offer of a compromise settlement |

Reference to specific policy language that is relevant to the violation, if any  If the person bringing the civil action is a third party claimant, she or he shall not be required to reference the specific policy language if the authorized insurer has not provided a copy of the policy to the third party claimant pursuant to written request

6 LOSSSETTLEMENT.COVEREDPROPERTYLOSSESARESETTLEDASFOLLOWS

A BUILDINGSATREPLACEMENTCOSTWITHOUTDEDUCTIONFORDEPRECIATION,SUBJECTTOTHE FOLLOWING

(1)WEWILLPAYTHECOSTOFREPAIRORREPLACEMENT,WITHOUTDEDUCTIONORDEPRECIATION, BUTNOTEXCEEDINGTHESMALLESTOFTHEFOLLOWINGAMOUNTS

(A)THELIMITOFLIABILITYUNDERTHISPOLICYAPPLYINGTOTHEBUILDING,

(B)THEREPLACEMENTCOSTOFTHATPARTOFTHEBUILDINGDAMAGEDFOREQUIVALENT CONSTRUCTIONANDUSEONTHESAMEPREMISES,OR

(C)THEAMOUNTACTUALLYANDNECESSARILYSPENTTOREPAIRORREPLACETHEDAMAGED BUILDING.

To enable the insurer to investigate and resolve your claim, describe the facts and circumstances giving rise to the insurer's violation as you understand them at this time

ON OR ABOUT FEBRUARY 13, 2009, THE INSURED'S HOME WAS DAMAGED BY SINKHOLE AC[...]
THUS, THE INSURED SUFFERED A SUBSTANTIAL LOSS REGARDING HIS REAL PROPERTY A[...]



EXHIBIT
B

DFS-10-363
Rev 11/2007

CONTINUESTOSUFFERSUCHLOSS.THEINSUREDNOTIFIEDHISINSURER,AMERICANSECURITY
INSURANCECOMPANY("AMERICANSECURITY")OFTHELOSSANDDAMAGETOTHEINSURED
PROPERTY.AMERICANSECURITYTHENREQUESTEDANESTIMATEFORCOSMETICREPAIRSFROM
PAULWHITE.MR.WHITE'SREPORT,DATEDFEBRUARY19,2009,PROVIDEDAMERICANSECURITYWITH
ANESTIMATETOTALING$13,163.18FORCOSMETICREPAIRS.ASUBSEQUENTSUBSIDENCE
INVESTIGATIONCONFIRMEDDAMAGEDUETOSINKHOLEACTIVITY.AMERICANSECURITYTHEN
REQUESTEDANESTIMATEFORSUBSURFACESTABILIZATIONFROMGEO-LOGICAL,INC BY
CORRESPONDENCEDATEDMAY11,2009,GEO-LOGICAL,INC.ESTIMATEDTHECOSTOFSUBSURFACE
REPAIRSTOBEUPTO$75,000 00 HOWEVER,ANDNOTABLY,NEITHERESTIMATEACCOUNTEDFORAN
ENGINEERINGFIRMTOMONITORTHESUBSURFACESTABILIZATION,ASTANDARDEXPENSEWITH
THESEREPAIREFFORTS BYCORRESPONDENCEDATEDMAY18,2009,AMERICANSURETYCLAIMS
ANALYST,MILDREDA.CARDELLE,ADVISEDTHEINSUREDAMERICANSURETYHADCOMPLETEDITS
REVIEWINTHISMATTER,ENCLOSING,ASA"COURTESY,"GEO-LOGICAL,INC 'SESTIMATEFOR
SUBSURFACEREPAIR

WITHAMERICANSECURITY'SOWNESTIMATES,THECOSTFORSUBSURFACEANDCOSMETICREPAIRS
TOTALS$88,163 18 ESTIMATESFORMONITORINGROUTINELYEXCEED$10,000 00.HOWEVER,FORTHE
PURPOSESOFTHISCIVILREMEDYNOTICE,AVERYCONSERVATIVEMONITORINGESTIMATEOF
$7,500 00WILLBEUTILIZED.THEREFORE,COSTSTOREPAIRTHEINSURED'SHOMEGREATLYEXCEED
$92,783.00,THECOVERAGEABENEFITSUNDERTHEPOLICY HOWEVER,DESPITEHAVINGTHIS
KNOWLEDGE,ANDDESPITEMULTIPLEDEMANDS,AMERICANSECURITYHASREFUSEDTOTENDER
THEFULLBENEFITSUNDERTHEPOLICY

RATHERTHANPROVIDEFULLBENEFITSTOITSINSURED,AMERICANSECURITYHASDELAYED
PAYMENTBYCONTINUINGANUNREASONABLEINVESTIGATIONAND,TODATE,STILLREFUSINGTO
TENDERTHEPOLICYLIMITDESPITEALLEVIDENCE–INDEEDEVIDENCEPRESENTEDBYITSOWN
ESTIMATES–COMPELLINGATENDEROFTHEPOLICYLIMIT INSHORT,AMERICANSECURITYHAS
FAILEDTOHANDLETSINSURED'SCLAIMINGGOODFAITH

INFLORIDATHEWORKOFADJUSTINGINSURANCECLAIMSENGAGESTHEPUBLICTRUST.AMERICAN
SECURITYHASBREACHEDTHISDUTYBYITSINSUFFICIENTADJUSTMENTOFTHEINSURED'SCLAIM
OFLOSS AMERICANSECURITYHASFAILEDTOCREATEANDIMPLEMENTADEQUATEGUIDELINESFOR
PROPERINVESTIGATIONTOEVALUATECLAIMSHANDLINGANDFORTRAININGANDSUPERVISIONOF
EMPLOYEESRESULTINGINSTATUTORYVIOLATIONSSETFORTHABOVE.AMERICANSECURITYHAS
FAILEDAND/ORREFUSEDTOTHOROUGHLY,ACCURATELY,ANDCOMPLETELYINVESTIGATEAND
EVALUATETHEINSURED'SINSURANCECLAIMFORDAMAGES.

FLORIDASTATUTE§624.02DEFINESINSURANCEASACONTRACTWHEREBYONEUNDERTAKESTO
INDEMNIFYANOTHERORPAYORALLOWSPECIFIEDAMOUNTORADETERMINABLEBENEFITUPON
DETERMINABLECONTINGENCIES INHERENTISTHEFACTTHATPAYMENTMUSTBEMADETIMELYAND
PROMPTLYSOTHATTHEINSUREDMAYMITIGATEHIS/HERDAMAGESANDTOPUTTHEMBACKINTO
THEPOSITIONTHEYWEREPRIORTOLOSSASQUICKLYASPOSSIBLE AMERICANSECURITY
BREACHEDTHISDUTY

THEACTIONSTAKENBYAMERICANSECURITYINTHEHANDLING/ADJUSTMENTOFTHEINSURED'S
CLAIMWEREWILLFUL,WANTON,ANDINDISREGARDFORTHERIGHTSOFITSINSUREDANDOCCUR
WITHSUCHAFREQUENCYASTOINDICATEAGENERALBUSINESSPRACTICE,ANDFURTHER,ANDARE
INVIOLATIONOFFLORIDASTATUTESF S §624.155ANDF S §626 9541

AMERICANSECURITY'SACTIONSAMOUNTTOBUTARENOTLIMITEDTOTHEFOLLOWING

1.CLAIMDENIAL
2 NOTTREATINGPOLICYHOLDERSWITHGOODFAITHCLAIMSCONDUCT
3 LOOKINGFORWAYSTODENYRECOVERYTOTHEINSURED
4 LOOKINGFORWAYSTOREDUCERECOVERYTOTHEINSURED
5 LOOKINGFORWAYSTODELAYFULLRECOVERYTOTHEINSURED
6 HOLDINGBACKANDFAILINGTOPAYPORTIONSOFCLAIMCLEARLYOWED
7 NOTADJUSTINGCLAIMANDEVALUATINGLOSSPROPERLY,PROMPTLYANDFAIRLYTOPROVIDE
FULLANDPROMPTINDEMNITYTOTHEINSURED
8 FAILINGTOIMPLEMENTPROPERSTANDARDSFORTHEADJUSTMENTANDINVESTIGATIONOF
CLAIMS
9 NOTTRAINING,SUPERVISINGORMANAGINGADJUSTERSPROPERLYSOTHATPROMPTANDFULL
PAYMENTSAREMADE,BUTRATHERPLACINGTHECOMPANY'SINTERESTSBEFORETHE

POLICYHOLDER'SINTERESTS
10.ESTABLISHINGSEVERITYCONTROLINITIATIVESANDOTHERWISEESTABLISHINGACULTUREOF
NOTFULLYANDPROMPTLYPAYINGCLAIMSFOLLOWINGLOSSES

THEREFORE,TOCURETHEDEFECTSOUTLINEDINTHISCIVILREMEDYNOTICE,AMERICANSECURITY
MUST

(1).ADMITFULLCOVERAGEFORTHEINSURED'SLOSS

(2) TENDERALLINSURANCEMONIESDUEANDOWINGTOTHEINSUREDFORTHEIRLOSSINAN
AMOUNTTOTALING$129,896 20,WHICHINCLUDESTHEPOLICYLIMITPLUSAREASONABLE
ATTORNEY'SFEEINCURREDTODATE

THISCIVILREMEDYNOTICEWASPRESENTEDTOTHEFOLLOWING

VIACERTIFIEDMAIL
AMERICANSECURITYINSURANCECOMPANY
ASSURANTSPECIALTYPROPERTY
11222QUAILROOSTDRIVE
SECONDFLOOR,D7
MIAMI,FL33157-6596

VIAFACSIMILE
MILDREDA.CARDELLE
FAXNO  305-971-1663

VIAFACSIMILE
TROYHOLLAND,ESQ.
FAXNO :727-823-0230

| Comments | | | |
|---|---|---|---|
| User Id | Date Added | Comment | |

## AMERICAN SECURITY INSURANCE COMPANY

11222 Quail Roost Drive
Miami, Florida 33157-6596
(305) 253-2244 / FAX (305) 252-6987

JPMORGAN CHASE BANK, N A
Syracuse, New York

50-937
213

Check #        62163049
Date Issued    05/24/2010

PAY  $********12,663 18

Pay to
the Order
of

REGIONS BANK
AND JOSE CANALES

PAY.    Twelve Thousand Six Hundred Sixty-Three and 18/100 Dollars

Insured       JOSE CANALES
Claimant      JOSE CANALES
Number        ALRALR225911700
Claim No      00100664452
Cause Of Loss SINKHOLE COLLAPSE

Payment Type
Sub Producer Code 0JK9000
Date Of Loss  02/13/2009

"006 2 163049"  ":0 2 130 9 379": 60 1 "8 "407 13"



**AMERICAN SECURITY INSURANCE COMPANY**

11222 Quail Roost Drive
Miami. Florida 33157-6596
(305) 253-2244 / FAX (305) 252-6987

JPMORGAN CHASE BANK, N A
Syracuse. New York

50-937
213

Check #        62172074
Date Issued    08/31/2010

PAY  $*********80,119 82

Pay to
the Order
of

REGIONS BANK
AND JOSE CANALES

**PAY:**    Eighty Thousand One Hundred Nineteen and 82/100 Dollars

| | |
|---|---|
| Insured | JOSE CANALES |
| Claimant | JOSE CANALES |
| Number | ALRALR325911700 |
| Claim No | 00100664452 |
| Cause Of Loss | SINKHOLE COLLAPSE |

Payment Type
Sub Producer Code  0JX9000
Date Of Loss    02/13/2009